DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY JOSEPH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0532

[January 18, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Howard K. Coates, Jr., Judge; L.T. Case No. 502019CF004437A.

Antony P. Ryan, Regional Counsel, and Richard G. Bartmon, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Paul Patti, III, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***